97 A.3d 336

**Maurice HARPER, Petitioner**

v.

**C.F.C.F., Respondent.**

**No. 53 EM 2014.**

Supreme Court of Pennsylvania.

July 28, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of July, 2014, the Application for Leave to File Original Process and the Petition for Writ of

Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.